IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02929-REB

JOHN D. WISE,

    Applicant,

v.

FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order on Application for Writ of Habeas Corpus** [#26] entered by Judge Robert E. Blackburn on May 21, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [# 1] filed November 7, 2012, by Applicant, John D. Wise, is **DENIED**;

2. That this case is **DISMISSED WITH PREJUDICE**;

3. That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and

4. That leave to proceed *in forma pauperis* on appeal is denied; however, Applicant may file a motion in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 23rd day of May, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
     Edward P. Butler
     Deputy Clerk